# Sophie Larroque

Avocat au Barreau des Hauts de Seine

Steven J. Czik, Esq.
**CZIK LAW PLLC**
·401 Greenwich Street
New York  New York  10013
USA

Re: Sillam and Saulnier vs.
Labaton LLP and alias

14 September 2021

_Letter + email : steven@cziklaw.com_

Dear Sir,

I write this letter and can confirm that a Direct Summons to appear before the XIII/2nd Correctional Chamber of the Paris Court of Justice [_Citation a prevenu devant le Tribunal correctionnel de Paris_] has been given to the following persons:-

- **Labaton Sucharow LLP Law firm**, 140 Broadway, New York, NY 10005, USA;

- **Mr. Christopher J. Keller**, Attorney, domiciled in Labaton Sucharow LLP Law firm, 140 Broadway, New York, NY 10005, USA;

- **Mr. Lawrence Sucharow**, Attorney domiciled in Labaton Sucharow LLP Law firm, 140 Broadway, New York, NY 10005, USA;

- **Mr.  Eric J. Belfi,** Attorney domiciled in Labaton Sucharow LLP Law firm, 140 Broadway, New York, NY 10005, USA;

- **Mr.  Michael P. Canty**, Attorney domiciled in Labaton Sucharow LLP Law firm, 140 Broadway, New York, NY 10005, USA;

- **Mr. Michael W. Stocker,** Attorney  domiciled at 1075 S Manzanita Ave, Palm Springs, CA 92264-5121, USA;

- **Mr. Michael W. Stocker, spouse Dark,** attorney at law, domiciled at California Advocates for Nursing Home Reform, 650 Harrison Street, 2nd Floor, San Francisco, CA 94107, United States of America.

To have to appear on **October 15, 2021** at 1:30 p.m. French Time.

This will be the first hearing and another one will follow.

Due to the courts calendar, it is likely like the next hearing will take place in 2022. Hence all evidence will be given to the Courts only in 2022.

Yours sincerely

Sophie Larroque

1, place de la République - 92300 Levallois-Perret - Tel. +33 (0)1.55.46.50.50
Toque PN 111 - email : sophielarroque00@gmail.com

# Sophie Larroque
Avocat au Barreau des Hauts de Seine

Steven J. Czik, Esq.
**CZIK LAW PLLC**
401 Greenwich Street
New York  New York  10013
USA

Re: Sillam and Saulnier vs.
Labaton LLP and alias

14 September 2021

_Letter + email : steven@cziklaw.com_

Dear Sir,

I write this letter and can confirm that a Direct Summons to appear before the XIII/2nd Correctional Chamber of the Paris Court of Justice, Courts of Paris [_Citation a prevenu devant le Tribunal correctionnel de Paris_] has been given to the following persons:-

-   **Labaton Sucharow LLP Law firm**, 140 Broadway, New York, NY 10005, USA;

-   **Mr. Christopher J. Keller**, Attorney;

-   **Mr. Lawrence Sucharow**, Attorney;

-   **Mr. Eric J. Belfi,** Attorney;

-   **Mr. Michael P. Canty**,

-   **Mr. Michael W. Stocker** Attorney

To have to appear on **October 15, 2021** at 1:30 p.m. French Time. This will be the first hearing and another one will follow.

Due to the courts calendar, it is likely like the next hearing will take place in 2022. Hence all evidence will be given to the Courts only in 2022.

Yours sincerely

_Sophie Larroque_

Sophie Larroque