# CZIK LAW PLLC

401 Greenwich Street
New York, New York 10013
T: 212.413.4462 • F: 212.226.7555 • E: info@cziklaw.com

Direct Email: steven@cziklaw.com

September 17, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/21
```

**VIA ECF**
Honorable Judge Colleen McMahon
United States District Courthouse
United States Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

Re:   Gerard *Sillam et al. v. Labaton Sucharow LLP et. al.*
      Case No. 1:21-cv-06675 (CM)
      Our File No: 2K19S1113

Honorable Judge McMahon:

    This law firm represents Plaintiffs in the above captioned action. Our clients have requested that we refrain from service of the Complaint in this action until further notice as they are still in the process of compiling necessary evidence on a related matter filed in the courts of Paris, France. To that end I attach here a letter from Plaintiffs' French Counsel Ms. Sophie Laroque, confirming that two of the three Defendants herein are scheduled to appear and provide testimony therein on October 15, 2021. As such and based on the forgoing, it is kindly and respectfully requested that an extension of time be granted to file the Case Management Plan in this action and that the current Telephone Conference currently scheduled for October 28, 2021, be adjourned, until such time as the Summons and Complaint shall be served. We thank you for your time and courtesies in this regard, they are greatly appreciated.

Very truly yours,

*[signature]*

Steven J. Czik

---

*[Handwritten note from Judge:]*

9/20/2021

I am confused. You are saying that your clients filed a complaint without having evidence of wrongdoing? Why do you need additional evidence in order to serve the complaint? You filed it; you have the number of days provided in the Federal Rules to serve it. I will not extend that period.

# CZIK LAW PLLC

401 Greenwich Street
New York, New York 10013
T: 212.413.4462 • F: 212.226.7555 • E: info@cziklaw.com

Direct Email: steven@cziklaw.com

September 15, 2021

**VIA ECF**
Honorable Judge Colleen McMahon
United States District Courthouse
United States Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

> Re:  Gerard *Sillam et al. v. Labaton Sucharow LLP et. al.*
> Case No. 1:21-cv-06675 (CM)
> Our File No: 2K19S1113

Honorable Judge McMahon:

This law firm represents Plaintiffs in the above captioned action. Our clients have requested that we refrain from service of the Complaint in this action until further notice as they are still in the process of compiling necessary evidence. As such, we kindly and respectfully request an extension of time to file the Case Management Plan in this action and an adjournment of the current Telephone Conference currently scheduled for October 28, 2021, until such time as the Summons and Complaint shall be served. We thank you for your time and courtesies in this regard, they are greatly appreciated.

Very truly yours,

Steven J. Czik