# CZIK LAW PLLC

401 Greenwich Street
New York, New York 10013
T: 212.413.4462 ● F: 212.226.7555 ● E: info@cziklaw.com

Direct Email: steven@cziklaw.com

September 24, 2021

**VIA ECF**

Honorable Judge Colleen McMahon
United States District Courthouse
United States Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

                        Re:     Gerard *Sillam et al. v. Labaton Sucharow LLP et. al.*
                                 Case No. 1:21-cv-06675 (CM)
                                 Our File No: 2K19S1113

Honorable Judge McMahon:

       As you may recall this law firm represents Plaintiffs in the above captioned action. I write in response to your ORDER terminating [8] Letter Motion for Extension of Time. To clarify, yes Plaintiffs obviously have sufficient evidence to support their Complaint. It seems they wish to hold off for at least a few weeks on serving the Complaint. Plaintiffs do not seek an extension of time to serve, as FRCP Rule 4 provides that Complaint must be served within ninety (90) days of filing, Plaintiffs merely request their right to that time and within those parameters. As the Summons and Complaint have not been served it seems an initial Conference and deadline for filing of Case Management are a bit premature. As such and based on the forgoing, it is kindly and respectfully requested that an extension of time be granted to file the Case Management Plan in this action and that the current Telephone Conference currently scheduled for October 28, 2021, be adjourned, until such time as the Summons and Complaint shall be served. We thank you for your time and courtesies in this regard, they are greatly appreciated.

                                                                Very truly yours,

                                                                Steven J. Czik