US DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:** | **Index No:** |
| GÉRARD SILLAM and ALDRIC SAULNIER, | 1:2021cv06675 |
| **Defendant / Respondent:** | **AFFIDAVIT OF SERVICE** |
| LABATON SUCHAROW LLP, | |
| CHRISTOPHER J. KELLER, and | |
| LAWRENCE A. SUCHAROW, | |

STATE OF NEW YORK
COUNTY OF KINGS

I, BRIAN HAMID, being duly sworn, deposes and says; that they are not a party herein, is over the age of 18 years, and resides in the State of New York. That on Fri, Oct 29 2021, at 11:36 AM. At the address 140 BROADWAY 34TH FLOOR, New York, NY deponent served the within:

- [ ] SUMMONS WITH NOTICE
- [X] SUMMONS AND COMPLAINT
- [ ] VERIFIED COMPLAINT
- [ ] SUBPOENA
- [ ] ORDER TO SHOW CAUSE
- [ ] THIRTY (30) DAYS NOTICE
- [ ] CITATION
- [ ] NOTICE OF PETITION AND PETITION NON-PAYMENT

ON:  LAWRENCE SUCHAROW

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said recipient therein.

- [ ] **Corporation:** A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same and said recipient knew said individual to be _____ thereof.

- [X] **Suitable Age Person:** by delivering thereat, a true copy of each to Richard Lopez a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling place [ ] usual place of abode within the state

- [ ] **Mailing to Residence/Business:** Within 2 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____, and depositing said envelope in an official depository under the exclusive care and custody of the United States Postal Service within New York State. Mailed on: _____.

**Description:**

| | | | |
|---|---|---|---|
| Age:  30-45 | Ethnicity:  Hispanic | Gender:  Male | Weight:  170 |
| Height:  5'8" | Hair:  Black | Eyes:  Brown | Relationship: |
| Other | | | |

- [X] **Military Service:** I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian and no military uniform. The sources of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

SWORN TO ME BEFORE THIS  30  DAY
OF  October  2021

_____
NOTARY PUBLIC OR COMMISSIONER OF DEEDS

_____
BRIAN HAMID

ANDREW G MCFALL
Notary Public, State of New York
No.01MC6311337
Qualified in Bronx County
Commission Expires September 15, 2023