## VERIFIED DECLARATION OF CHRISTOPHER J. KELLER

I, Christopher J. Keller, hereby declares as follows:

1. I am a Partner with the law firm of Labaton Sucharow LLP ("Labaton Sucharow"). I submit this Verified Declaration in connection with the Global Settlement Agreement and Full Waiver and Release executed on December 31, 2009 (the "Agreement").

2. Since the execution of the Agreement, Labaton Sucharow has not been retained by any "Potential Clients" as defined in "Exhibit No. 1" of the Agreement, attached hereto.

I hereby declare under penalty of perjury that the foregoing is true and correct, this 21 st day of January, 2011.

_____
CHRISTOPHER J. KELLER

SWORN TO AND SUBSCRIBED
before me this 21 st day of January 2011.

_____
Notary Public

My Commission Expires: 12/31/2013

Yee Wai Chan
Notary Public, State of New York
No. 01CH6068383
Qualified In Queens County
Commission Expires Dec. 31, 20 13

## "Exhibit No. 1"

Agreement Regarding "Potential Client List" between The Parties is as follows:

1.) The Alfonso Clients shall, in accordance with the terms of the Settlement, be entitled to a referral fee of 15% (fifteen percent) for the "Potential Clients" listed below with whom Labaton had 2 or more meetings.

2.) The Alfonso Clients shall, in accordance with the terms of the Settlement, be entitled to a referral fee of 5% (five percent) for "Potential Clients" listed with whom Labaton had 1 meeting.

### All Clients Below Had at Least two Meetings with Labaton:

- AXA INVESTMENT MANAGERS (AXA-IM)
- IXIS ASSET MANAGEMENT currently NATIXIS GLOBAL ASSET MANAGEMENT
- CREDIT AGRICOLE S.A.
- CREDIT AGRICOLE ASSET MANAGEMENT (CAAM)
- BNPPARIBAS ASSET MANAGEMENT
- SOCIETE GENERALE ASSET MANAGEMENT (SGAM)
- AGF ASSET MANAGEMENT (currently named ALLIANZ GLOBAL INVESTORS FRANCE)
- ALLIANZ SE
- LA BANQUE POSTALE ASSET MANAGEMENT (LBPAM)
- CM-CIC ASSET MANAGEMENT
- CM-CIC GESTION
- AGIRC-ARCCO
- KBC ASSET MANAGEMENT
- FORTIS INVESTMENTS
- PETERCAM
- BANK DELEN
- BANK DEGROOF
- DEXIA ASSET MANAGEMENT (DEXIA-AM)
- ING INVESTMENT MANAGEMENT
- GRUPPO BBVA
- BBVA GESTION
- PENSPLAN INVEST SGR
- EURIZON CAPITAL S.A.
- EURIZON CAPITAL SGR S.p.A.
- SANPAOLO AM LUX
- SANPAOLO IMI ASSET MANAGEMENT

### All Clients Below Had at Least one Meetings with Labaton:

- GROUPAMA ASSET MANAGEMENT
- MMA FINANCE
- BANQUE DE LUXEMBOURG
- CPR ASSET MANAGEMENT
    - HSBC FRANCE
    - CM-CIC ASSET MANAGEMENT
    - VP BANK
    - BANK DELEN

## VERIFIED DECLARATION OF CHRISTOPHER J. KELLER

I, Christopher J. Keller, hereby declares as follows:

1. I am a Partner with the law firm of Labaton Sucharow LLP ("Labaton Sucharow"). I submit this Verified Declaration in connection with the Global Settlement Agreement and Full Waiver and Release executed on December 31, 2009 (the "Agreement").

2. Since the execution of the Agreement, Labaton Sucharow has not been retained by any "Potential Clients" as defined in "Exhibit No. 1" of the Agreement, attached hereto.

I hereby declare under penalty of perjury that the foregoing is true and correct, this 9 day of June, 2011.

_____
CHRISTOPHER J. KELLER

SWORN TO AND SUBSCRIBED
before me this 9th day of June 2011.

_____
Notary Public

My Commission Expires: 12/31/13

Yee Wai Chan
Notary Public, State of New York
No. 01CH6068383
Qualified in Queens County
Commission Expires Dec. 31, 20 13

## "Exhibit No. 1"

Agreement Regarding "Potential Client List" between The Parties is as follows:

1.) The Alfonso Clients shall, in accordance with the terms of the Settlement, be entitled to a referral fee of 15% (fifteen percent) for the "Potential Clients" listed below with whom Labaton had 2 or more meetings.

2.) The Alfonso Clients shall, in accordance with the terms of the Settlement, be entitled to a referral fee of 5% (five percent) for "Potential Clients" listed with whom Labaton had 1 meeting.

### All Clients Below Had at Least two Meetings with Labaton:

- AXA INVESTMENT MANAGERS (AXA-IM)
- IXIS ASSET MANAGEMENT currently NATIXIS GLOBAL ASSET MANAGEMENT
- CREDIT AGRICOLE S.A.
- CREDIT AGRICOLE ASSET MANAGEMENT (CAAM)
- BNPPARIBAS ASSET MANAGEMENT
- SOCIETE GENERALE ASSET MANAGEMENT (SGAM)
- AGF ASSET MANAGEMENT (currently named ALLIANZ GLOBAL INVESTORS FRANCE)
- ALLIANZ SE
- LA BANQUE POSTALE ASSET MANAGEMENT (LBPAM)
- CM-CIC ASSET MANAGEMENT
- CM-CIC GESTION
- AGIRC-ARCCO
- KBC ASSET MANAGEMENT
- FORTIS INVESTMENTS
- PETERCAM
- BANK DELEN
- BANK DEGROOF
- DEXIA ASSET MANAGEMENT (DEXIA-AM)
- ING INVESTMENT MANAGEMENT
- GRUPPO BBVA
- BBVA GESTION
- PENSPLAN INVEST SGR
- EURIZON CAPITAL S.A.
- EURIZON CAPITAL SGR S.p.A.
- SANPAOLO AM LUX
- SANPAOLO IMI ASSET MANAGEMENT

### All Clients Below Had at Least one Meetings with Labaton:

- GROUPAMA ASSET MANAGEMENT
- MMA FINANCE
- BANQUE DE LUXEMBOURG
- CPR ASSET MANAGEMENT
  - HSBC FRANCE
  - CM-CIC ASSET MANAGEMENT
  - VP BANK
  - BANK DELEN

## VERIFIED DECLARATION OF CHRISTOPHER J. KELLER

I, Christopher J. Keller, hereby declares as follows:

1. I am a Partner with the law firm of Labaton Sucharow LLP ("Labaton Sucharow"). I submit this Verified Declaration in connection with the Global Settlement Agreement and Full Waiver and Release executed on December 31, 2009 (the "Agreement").

2. Since the execution of the Agreement, Labaton Sucharow has not been retained by any "Potential Clients" as defined in "Exhibit No. 1" of the Agreement, attached hereto.

I hereby declare under penalty of perjury that the foregoing is true and correct, this ___ day of February, 2012.

_____
CHRISTOPHER J. KELLER

SWORN TO AND SUBSCRIBED
before me this 14th day of February 2012.

_____
Notary Public

My Commission Expires: 10/26/13

EUNICE JO
Notary Public, State of New York
No. 01JO6212823
Qualified In Queens County
Commission Expires Oct 26, 20 13

"Exhibit No. 1"

Agreement Regarding "Potential Client List" between The Parties is as follows:

1.) The Alfonso Clients shall, in accordance with the terms of the Settlement, be entitled to a referral fee of 15% (fifteen percent) for the "Potential Clients" listed below with whom Labaton had 2 or more meetings.

2.) The Alfonso Clients shall, in accordance with the terms of the Settlement, be entitled to a referral fee of 5% (five percent) for "Potential Clients" listed with whom Labaton had 1 meeting.

### All Clients Below Had at Least two Meetings with Labaton:

- AXA INVESTMENT MANAGERS (AXA-IM)
- IXIS ASSET MANAGEMENT currently NATIXIS GLOBAL ASSET MANAGEMENT
- CREDIT AGRICOLE S.A.
- CREDIT AGRICOLE ASSET MANAGEMENT (CAAM)
- BNPPARIBAS ASSET MANAGEMENT
- SOCIETE GENERALE ASSET MANAGEMENT (SGAM)
- AGF ASSET MANAGEMENT (currently named ALLIANZ GLOBAL INVESTORS FRANCE)
- ALLIANZ SE
- LA BANQUE POSTALE ASSET MANAGEMENT (LBPAM)
- CM-CIC ASSET MANAGEMENT
- CM-CIC GESTION
- AGIRC-ARCCO
- KBC ASSET MANAGEMENT
- FORTIS INVESTMENTS
- PETERCAM
- BANK DELEN
- BANK DEGROOF
- DEXIA ASSET MANAGEMENT (DEXIA-AM)
- ING INVESTMENT MANAGEMENT
- GRUPPO BBVA
- BBVA GESTION
- PENSPLAN INVEST SGR
- EURIZON CAPITAL S.A.
- EURIZON CAPITAL SGR S.p.A.
- SANPAOLO AM LUX
- SANPAOLO IMI ASSET MANAGEMENT

### All Clients Below Had at Least one Meetings with Labaton:

- GROUPAMA ASSET MANAGEMENT
- MMA FINANCE
- BANQUE DE LUXEMBOURG
- CPR ASSET MANAGEMENT
  - HSBC FRANCE
  - CM-CIC ASSET MANAGEMENT
  - VP BANK
  - BANK DELEN

## VERIFIED DECLARATION OF CHRISTOPHER J. KELLER

I, Christopher J. Keller, hereby declares as follows:

1. I am a Partner with the law firm of Labaton Sucharow LLP ("Labaton Sucharow"). I submit this Verified Declaration in connection with the Global Settlement Agreement and Full Waiver and Release executed on December 31, 2009 (the "Agreement").

2. Since the execution of the Agreement, Labaton Sucharow has not been retained by any "Potential Clients" as defined in "Exhibit No. 1" of the Agreement, attached hereto.

I hereby declare under penalty of perjury that the foregoing is true and correct, this 16 day of July 2013.

_____
CHRISTOPHER J. KELLER

SWORN TO AND SUBSCRIBED
before me this 16 day of July 2013.

_____
Notary Public

My Commission Expires: 10/26/13

EUNICE JO
Notary Public, State of New York
No. 01JO6212823
Qualified in Queens County
Commission Expires Oct 26, 20 13

"Exhibit No. 1"

Agreement Regarding "Potential Client List" between The Parties is as follows:

1.) The Alfonso Clients shall, in accordance with the terms of the Settlement, be entitled to a referral fee of 15% (fifteen percent) for the "Potential Clients" listed below with whom Labaton had 2 or more meetings.

2.) The Alfonso Clients shall, in accordance with the terms of the Settlement, be entitled to a referral fee of 5% (five percent) for "Potential Clients" listed with whom Labaton had 1 meeting.

### All Clients Below Had at Least two Meetings with Labaton:

- AXA INVESTMENT MANAGERS (AXA-IM)
- IXIS ASSET MANAGEMENT currently NATIXIS GLOBAL ASSET MANAGEMENT
- CREDIT AGRICOLE S.A.
- CREDIT AGRICOLE ASSET MANAGEMENT (CAAM)
- BNPPARIBAS ASSET MANAGEMENT
- SOCIETE GENERALE ASSET MANAGEMENT (SGAM)
- AGF ASSET MANAGEMENT (currently named ALLIANZ GLOBAL INVESTORS FRANCE)
- ALLIANZ SE
- LA BANQUE POSTALE ASSET MANAGEMENT (LBPAM)
- CM-CIC ASSET MANAGEMENT
- CM-CIC GESTION
- AGIRC-ARCCO
- KBC ASSET MANAGEMENT
- FORTIS INVESTMENTS
- PETERCAM
- BANK DELEN
- BANK DEGROOF
- DEXIA ASSET MANAGEMENT (DEXIA-AM)
- ING INVESTMENT MANAGEMENT
- GRUPPO BBVA
- BBVA GESTION
- PENSPLAN INVEST SGR
- EURIZON CAPITAL S.A.
- EURIZON CAPITAL SGR S.p.A.
- SANPAOLO AM LUX
- SANPAOLO IMI ASSET MANAGEMENT

### All Clients Below Had at Least one Meetings with Labaton:

- GROUPAMA ASSET MANAGEMENT
- MMA FINANCE
- BANQUE DE LUXEMBOURG
- CPR ASSET MANAGEMENT
    - HSBC FRANCE
    - CM-CIC ASSET MANAGEMENT
    - VP BANK
    - BANK DELEN

## VERIFIED DECLARATION OF CHRISTOPHER J. KELLER

I, Christopher J. Keller, hereby declares as follows:

1. I am a Partner with the law firm of Labaton Sucharow LLP ("Labaton Sucharow"). I submit this Verified Declaration in connection with the Global Settlement Agreement and Full Waiver and Release executed on December 31, 2009 (the "Agreement").

2. Since the execution of the Agreement, Labaton Sucharow has not been retained by any "Potential Clients" as defined in "Exhibit No. 1" of the Agreement, attached hereto.

I hereby declare under penalty of perjury that the foregoing is true and correct, this ___ day of July 2015.

_____
CHRISTOPHER J. KELLER

SWORN TO AND SUBSCRIBED
before me this 8th day of July 2015.

_____
Notary Public

My Commission Expires: February 28, 2017

CLAUDIA V. MORAN-ALVARADO
Notary Public, State of New York
No. 01MO6122918
Qualified in Queens County
Commission Expires February 28, 2017