23/08 2016 14:42 FAX 0143431069     MAITRE SAULNIER                              ☑001

8/22/2016 1:50:29 PM     Nahoum, Donna     Labaton Sucharow         Page 2

This Agreement amending the Universal Settlement Agreement and Full Release and Complete Waiver of Any and All Claims or Potential Claims executed August 15, 2015 (the "Settlement Agreement") is entered into by the individuals and entities which are identified as signatories below. A copy of the Settlement Agreement is attached for reference as Exhibit A. By their signatures, "The Parties" evidence and confirm their respective authority to enter into this binding agreement as set forth herein.

I. Parties

The Parties to this Amendment are: Labaton Sucharow, LLP ("Labaton"), Maitre Aldric Saulnier ("Saulnier"), and Gérard Sillam ("Sillam").

II. Assignment of Labaton's Interest in Full in Saipem Litigation

In exchange for the sum of 5,000 Euros to be paid by Labaton Sucharow via wire transfer to Gerard Sillam, Saulnier and Sillam agree that they (individually and collectively) relinquish any and all interest in the Saipem Litigation as set forth in paragraphs II (B) and II (B) (2) of the Settlement Agreement.

III. Survivability of the Settlement Agreement

Except as modified herein, the terms of the Settlement Agreement remain in full force and effect.

---

Maitre Aldric Saulnier

_____          8/23/2016          _____
Aldric Saulnier                    Date                Gerard Sillam


Labaton Sucharow LLP

_____
Chris Keller, as Authorized Representative of Labaton Sucharow, LLP