UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GERARD SILLAM and ALDRIC SAULNIER                          Index:  21-CV-06675 (CM)

                                        Plaintiffs

            -against-
                                                                   **CONSENT TO**
                                                                   **CHANGE ATTORNEY**

LABATON SUCHAROW LLP,
CHRISTOPHER J. KELLER, and
LAWRENCE A. SUCHAROW

                                        Defendants.
-------------------------------------------------------------------X


            **PLEASE TAKE NOTICE THAT,** the Law office of Raiser & Kenniff, P.C., at 300 Old

Country Road, Suite 351, Mineola, NY 11501, is hereby substituted in place of as counsel of record

for the Plaintiff, Czik Law, PLLC, in the above-referenced matter, as of the date hereof:

Dated: Mineola, New York
       December 1, 2021


**WITHDRAWING COUNSEL**                    **SUPERCEDING COUNSEL**
Czik Law, PLLC                             Raiser & Kenniff, P.C.


By: _____                 By: _____
Steven J. Czik, Esq.                       Douglas M. Reda, Esq.
401 Greenwich Street                       300 Old Country Road, Suite 351
New York, NY 10013                         Mineola, NY 11501
(212)413-4462                              (516) 742-7600
steven@cziklaw.com                         douglas@raiserandkenniff.com


_____
GERARD SILLAM (Dec 10, 2021 00:18 GMT+1)
Gerard Sillam
Plaintiff

*po Sophie Larroque*
_____
Aldric Saulnier
Plaintiff