# EXHIBIT K

**Claims Filings.docx**
47K

Justin M. Sher | Sher Tremonte LLP | 90 Broad Street. 23rd Floor. New York. New York 10004 |
tel: 212.202.2600 | direct: 212.202.2651 | fax: 212.202.4156 | jsher@shertremonte.com | www.shertremonte.com

-----Original Message-----
From: Canty. Michael P. <MCanty@labaton.com>
Sent: Thursday. May 16. 2019 10:13 PM
To: Justin Sher <JSher@shertremonte.com>
Subject: Claims Filings.docx

Justin-

Attached is the document I referenced. Just and FYI I listed six entities in my previous email because I and inadvertently forgot to include Eurizon Capital SA. The total should be seven entities. We also filed claims on behalf of Eurizon Capital SA. They are included in the attachment.

Thanks.

Mike


***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED. PROPRIETARY IN NATURE. OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE. and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s). or the person responsible for delivering this to the Addressee(s). you are hereby notified that reading. copying. or distributing this message is prohibited. If you have received this electronic mail message in error. please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

2 attachments

ATT00001.txt
1K

**Claims Filings.docx**
47K



## Payments Received

| Claimant | Case Name | Payment Received by Labaton Sucharow | Date Received | Docket - Y / N | Role | Counsel |
|---|---|---|---|---|---|---|
| AXA | Enron | USD 171,727.31 | 6/8/2009 | N | | |
| AXA | Tyco International, Ltd. | USD 15,723.95 | 7/13/2009 | N | | |
| AXA | Royal Ahold (Second Distribution) | USD 5,904.53 | 8/3/2009 | N | | |
| AXA | Enron (Second Distribution) | USD 24,853.17 | 3/23/2010 | N | | |
| AXA | Vivendi Universal (SEC) (Second Distribution) | USD 510.32 | 3/23/2010 | N | | |
| AXA | Royal Dutch / Shell Transport SEC Settlement Fund | USD 31,698.49 | 10/21/2010 | N | | |
| AXA | Tyco International, Ltd. (Second Distribution) | USD 1,365.15 | 11/24/2010 | N | | |
| AXA | Enron (Third Distribution) | USD 34,487.69 | 3/2/2011 | N | | |
| AXA | Enron (Fourth Distribution) | USD 2,546.55 | 2/3/2012 | N | | |
| AXA | Royal Dutch / Shell Transport Non US Settlement | USD 100,618.35 | 2/22/2012 | N | | |
| AXA | Royal Dutch / Shell Transport Non US Settlement (Second Distribution) | USD 8,081.02 | 8/6/2012 | N | | |
| AXA | Tyco SEC Fair Fund | USD 372.05 | 7/19/2013 | N | | |
| AXA | Royal Dutch / Shell Transport Non US Settlement (Third Distribution) | USD 424.87 | 11/22/2013 | N | | |
| AXA | Lehman Brothers Mortgage-Backed Securities Litigation | USD 1,225.71 | pending - sent invoice on 8/8/14 | N | | |
| AXA | Lehman Brothers Mortgage-Backed Securities Litigation | USD 1,306.43 | pending - sent invoice on 8/8/14 | N | | |
| AXA | Enron (Fifith Distribution) | USD 91.81 | 2/5/2015 | | | |
| AXA | AIG Securities Litigation | USD 796.64 | 2/5/2015 | | | |
| AXA | Citigroup Inc. Bond Litigation | USD 13,166.82 | 6/23/2015 | | | |
| AXA | JPMorgan RMBS Settlement Securities Litigation | USD 76,400.58 | 4/25/2017 | | | |
| AXA | AIG, Inc. 2008 Securities Litigation | USD 43,020.85 | 7/11/2017 | | | |
| AXA | Citigroup, Inc. (Bonds) (Second Distribution) | USD 1,135.56 | 4/23/2018 | | | |
| AXA | American International Group, Inc. (PwC, Company, Starr, and Gen Re) Securities Litigation (Second Distribution) | USD 96.71 | pending - sent invoice on 7/11/18 | | | |
| AXA | GS Mortgage Securities Corp. (pass-through certificates) | USD 109,486.88 | 12/3/2018 | | | |
| AXA | Merck & Co., Inc. Vioxx Securities Litigation | USD 4,996.28 | 12/3/2018 | | | |
| AXA | American International Group, Inc. (2008) Securities Litigation (Second Distribution) | USD 12,673.62 | pending - sent invoice on 4/11/19 | | | |
| BNP Paribas | International Game Technology | USD 312.11 | pending - sent invoice on 8/14/13 | N | | |
| BNP Paribas | SLM Securities Litigation | USD 68.19 | pending - sent invoice on 8/20/13 | N | | |
| Credit Agricole Asset Management (CAAM) Paris | Vivendi Universal (SEC) (Second Distribution) | USD 2,166.19 | 1/20/2010 | N | | |

1

| Claimant | Case Name | Payment Received by Labaton Sucharow | Date Received | Docket - Y / N | Role | Counsel |
|---|---|---|---|---|---|---|
| Degroof | Tyco International, Ltd. | USD 9,355.01 | 4/16/2009 | N | | |
| Degroof | Enron | USD 11,753.60 | 4/17/2009 | N | | |
| Degroof | El Paso Corp | USD 692.92 | 4/23/2009 | N | | |
| Degroof | American International Group, Inc. (SEC) | USD 3,491.67 | 7/17/2009 | N | | |
| Degroof | Cardinal Health, Inc. and Cardinal Health (SEC) | USD 1,451.57 | 10/5/2009 | N | | |
| Degroof | Enron (Second Distribution) | USD 2,260.47 | 1/21/2010 | N | | |
| Degroof | UnitedHealth Group, Inc. (options included) | USD 2,930.77 | 1/21/2010 | N | | |
| Degroof | Merrill Lynch & Co Inc. | USD 4,520.64 | 7/9/2010 | N | | |
| Degroof | Royal Dutch / Shell Transport SEC Settlement Fund | USD 2,591.47 | 7/9/2010 | N | | |
| Degroof | Tyco International, Ltd. (Second Distribution) | USD 812.34 | 9/27/2010 | N | | |
| Degroof | American International Group, Inc. (SEC) (Second Distribution) | USD 595.87 | 10/15/2010 | N | | |
| Degroof | Cardinal Health, Inc. and Cardinal Health (SEC) (Second Distribution) | USD 332.00 | 12/7/2010 | N | | |
| Degroof | El Paso Corp (Second Distribution) | USD 76.88 | 12/16/2010 | N | | |
| Degroof | UnitedHealth Group, Inc. (options included) (Second Distribution) | USD 715.08 | 1/25/2011 | N | | |
| Degroof | Enron (Third Distribution) | USD 3,341.35 | 2/7/2011 | N | | |
| Degroof | Parmalat Finanziaria, S.P.A. (Partial Settlment) | USD 2,425.06 | 3/7/2011 | N | | |
| Degroof | Merrill Lynch & Co Inc. (Second Distribution) | USD 144.46 | 9/27/2011 | N | | |
| Degroof | SEC v. Bank of America Corp. Fair Fund | USD 1,853.06 | 10/5/2011 | N | | |
| Degroof | Royal Dutch / Shell Transport Non US Settlement | USD 23,357.34 | 12/15/2011 | N | | |
| Degroof | Royal Dutch / Shell Transport Non US Settlement (Second Distribution) | USD 2,230.61 | 8/13/2012 | N | | |
| Degroof | Enron (SEC) | USD 2,368.36 | 9/14/2012 | N | | |
| Degroof | SEC v. Bank of America Corp. Fair Fund (Second Distribution) | USD 489.39 | 12/20/2012 | N | | |
| Degroof | Countrywide Financial Corp. | USD 17,691.30 | 1/22/2013 | N | | |
| Degroof | UnitedHealth Group, Inc. (Third Distribution) | USD 21.26 | 1/30/2013 | N | | |
| Degroof | Tyco SEC Fair Fund | USD 143.76 | 7/22/2013 | N | | |
| Degroof | Royal Dutch / Shell Transport Non US Settlement (Third Distribution) | USD 122.36 | 8/27/2013 | N | | |
| Degroof | National City Corporation Securities, Derivative & ERISA Litigation | USD 13,211.44 | 9/16/2013 | N | | |
| Degroof | CIT Group, Inc. (2008) Securities Litigation | USD 2,308.27 | 10/2/2013 | N | | |
| Degroof | Parmalat Finanziaria, S.P.A. (Partial Settlment) (Second Distribution) | USD 108.50 | 10/16/2013 | N | | |
| Degroof | Washington Mutual Securities Litigation | USD 2,582.31 | 11/26/2013 | N | | |
| Degroof | Enron (SEC) (Second Distribution) | USD 217.83 | 1/31/2014 | N | | |
| Degroof | In re Wachovia Equity Securities Litigation | USD 2,808.99 | 4/29/2014 | N | | |
| Degroof | Citigroup Inc. Securities Litigation | USD 29,474.77 | 8/25/2014 | N | | |
| Degroof | Countrywide Financial Corp. (Second Distribution) | USD 866.49 | 9/15/2014 | N | | |

| Claimant | Case Name | Payment Received by Labaton Sucharow | Date Received | Docket - Y / N | Role | Counsel |
|---|---|---|---|---|---|---|
| Degroof | Dell SEC Fair Fund | USD 339.52 | 11/4/2014 | N | | |
| Degroof | CIT Group, Inc. (2008) Securities Litigation (Second Distribution) | USD 564.70 | 11/12/2014 | N | | |
| Degroof | In re Computer Sciences Corporation Securities Litigation | USD 5,469.25 | 11/18/2014 | N | | |
| Degroof | AIG Securities Litigation | USD 2,705.48 | 12/18/2014 | N | | |
| Degroof | Merck & Co., Inc. Vytorin/Zetia Securities Litigation | USD 5,125.62 | 3/3/2015 | | | |
| Degroof | Private Equity Litigation | USD 1,121.52 | 7/21/2015 | | | |
| Degroof | Bank of America Corp. Securities Litigation | USD 36,812.95 | 7/28/2015 | | | |
| Degroof | Citigroup Inc. Securities Litigation (Second Distribution) | USD 1,678.26 | 9/15/2015 | | | |
| Degroof | Private Equity Litigation (Second Distribution) | USD 279.57 | 11/17/2015 | | | |
| Degroof | In re Computer Sciences Corporation Securities Litigation (Second Distribution) | USD 344.65 | 4/18/2016 | | | |
| Degroof | Countrywide Financial Corp. (Third Distribution) | USD 354.30 | 6/7/2016 | | | |
| Degroof | Bennett v. Sprint Nextel Corp. | USD 2,378.77 | 8/22/2016 | | | |
| Degroof | Pfizer, Inc. Securities Litigation | USD 7,176.68 | 10/21/2016 | | | |
| Degroof | Bennett v. Sprint Nextel Corp. (Second Distribution) | USD 620.36 | 3/21/2017 | | | |
| Degroof | Pfizer, Inc. Securities Litigation (Supplemental Distribution) | USD 1,703.05 | 3/24/2017 | | | |
| Degroof | In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation (Supplemental Distribution) | USD 334.58 | 4/4/2017 | | | |
| Degroof | Household International, Inc. Securities Litigation (Arthur Andersen LLP) | USD 1,871.29 | 6/8/2017 | | | |
| Degroof | Weatherford International (2012) Securities Litigation | USD 3,456.65 | 9/6/2017 | | | |
| Degroof | Bank of New York Mellon Corp. Securities Action | USD 1,216.60 | 9/19/2017 | | | |
| Degroof | Bank of America (2009) Securities Litigation (Second Distribution) | USD 3,994.51 | 9/20/2017 | | | |
| Degroof | Countrywide (SEC) Securities Litigation | USD 1,553.99 | 3/7/2019 | | | |
| Degroof | American International Group, Inc. (PwC, Company, Starr, and Gen Re) Securities Litigation (Second Distribution) | USD 337.52 | 3/7/2019 | | | |
| Degroof | Weatherford International Ltd. (2012) (Second Distribution) | USD 209.23 | 3/7/2019 | | | |
| Degroof | Bank of America Corporation (2011) (MERS and MBS) Securities Litigation | USD 5,298.15 | pending - sent invoice on 2/5/19 | | | |
| Eurizon Capital SA | Tyco SEC Fairfund (Second Distribution); HealthSouth Securities Litigation - UBS and E&Y Bondholder Partial Settlements (Second Distribution) | EUR 3,323.00 | 11/8/2017 | | | |
| Eurizon Capital SGR SpA | Tenet Healthcare Corporation Securities Litigation ( KPMG Settlement) - Third Distribution ; Schering-Plough Corporation/Enhance Securities Litigation | | | | | |

3

| Claimant | Case Name | Payment Received by Labaton Sucharow | Date Received | Docket - Y / N | Role | Counsel |
|---|---|---|---|---|---|---|
| | Securities Litigation; Idearc, Inc. Securities Litigation; Dell SEC Fair Fund; AIG Securities Litigation; In re Fannie Mae Securities Litigation; Merck & Co., Inc. Vytorin/Zetia Securities Litigation; Schering-Plough Corporation/Enhance Securities Litigation; Verifone Holdings, Inc. Securities Litigation; Minneapolis Firefighters' Relief Association v. Medtronic Inc.; In re Wachovia Equity Securities Litigation (Second Distribution); E*TRADE Securities Class Action; SEC v. Nortel Distribution Fund; Private Equity Litigation; Bank of America Corp. Securities Litigation; Pharmacia Corporation Securities Litigation (Third Distribution); National City Corporation (Second Distribution); Citigroup Inc. Securities Litigation (Second Distribution); | | | | | |
| Eurizon Capital SGR SpA | Pfizer, Inc. Securities Litigation (Supplemental Distribution); Washington Mutual Securities Litigation (Second Distribution); HealthSouth (SEC Settlement) Securities Litigation (from HealthSouth warrants) (Second Distribution); Schering-Plough Corporation/Enhance Securities Litigation (Third Distribution); Bennett v. Sprint Nextel Corp. (Second Distribution); Fannie Mae Securities Litigation (Second Distribution); In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation (Supplemental Distribution); Baxter International, Inc. Securities Litigation; AIG, Inc. 2008 Securities Litigation; Weatherford International Securities Litigation; Bank of New York Mellon Corp. Securities Action; Household International, Inc. Securities Litigation (Arthur Andersen LLP); The City of Providence v. Aeropostale, Inc.; Medtronic, Inc. (2008) (Second Distribution); Verifone Holdings, Inc. Securities Litigation (Second Distribution); Yukos Oil Company Securities Litigation; Anadarko Petroleum Corp.; HealthSouth Corporation Securities Litigation (SEC Settlement) - Third Distribution; Schering-Plough Corporation (Second Distribution); CVS Caremark Corp. Securities Litigation; AMAG Pharmaceuticals, Inc. Securities Litigation; Federal National Mortgage Assocation (Fannie Mae) (2008) Securities Litgiation (Second Distribution); Bank of America Corporation (2009) Securities Litigation (Second Distribution); | EUR 18,187.85 | 4/26/2018 | | | |
| Eurizon Capital | NeuStar Inc. Securities Litigation; Yukos Oil Company | EUR 3,691.69 | 3/13/2019 | | | |

5

| Claimant | Case Name | Payment Received by Labaton Sucharow | Date Received | Docket - Y / N | Role | Counsel |
|---|---|---|---|---|---|---|
| SGR SpA | Securities Litigation (Second Distribution); Spectrum Pharmaceuticals, Inc. (2013) Securities Litigaiton; Aeropostale, Inc. (Second Distribution); Crocs Inc. Securities Litigation; Colonial BancGroup, Inc. Securities Litigation (Second Distribution); L-3 Communications Holdings, Inc. (2014) Securities Litigation; St. Jude Medical, Inc. II (2012) Securities Litigation; American International Group, Inc. (PwC, Company, Starr, and Gen Re) Securities Litigation (Second Distribution); KLA-Tencor Corp. (options included) (Second Distribution); The Bank of New York Mellon Corp. Securities Litigation (Second Distribution); Halliburton Company Securities Litigation; Weatherford International Ltd. Securities Litigation (Second Distribution); Lehman Brothers Holdings, Inc. Securities Ligitation (Equity/Debt Securities) (Ernst & Young Partial Settlement) ; Nortel Networks Corporation (SEC) (Second Distribution); Merrill Lynch Bond Action Settlement Fund (Second Distribution); Merck & Co., Inc. Vioxx Securities Litigation; VeriFone Holdings, Inc. (Third Distribution); Smart Technologies, Inc. Securities Litigation; | | | | | |
| Petercam | Tyco International, Ltd. | USD 3,060.70 | 5/6/2009 | N | | |
| Petercam | Vivendi Universal (SEC) | USD 58.14 | 9/23/2009 | Y | Plaintiff (individual action) | Labaton Sucharow |
| Petercam | Vivendi Universal (SEC) | USD 2,069.49 | 9/23/2009 | Y | Plaintiff (individual action) | Labaton Sucharow |
| Petercam | Vivendi Universal (SEC) | USD 36.33 | 10/23/2009 | Y | Plaintiff (individual action) | Labaton Sucharow |
| Petercam | Vivendi Universal (SEC) (Second Distribution) | USD 134.71 | 2/3/2010 | Y | Plaintiff (individual action) | Labaton Sucharow |
| Petercam | Vivendi Universal (SEC) (Second Distribution) | USD 2.92 | 2/3/2010 | Y | Plaintiff (individual action) | Labaton Sucharow |
| Petercam | Royal Dutch / Shell Transport SEC Settlement Fund | USD 118.25 | 8/18/2010 | N | | |
| Petercam | Royal Dutch / Shell Transport SEC Settlement Fund | USD 5,141.58 | 8/24/2010 | N | | |
| Petercam | Royal Dutch / Shell Transport SEC Settlement Fund | USD 118.12 | 8/24/2010 | N | | |
| Petercam | Tyco International, Ltd. (Second Distribution) | USD 106.77 | 10/5/2010 | N | | |
| Petercam | Tyco International, Ltd. (Second Distribution) | USD 161.28 | 10/5/2010 | N | | |
| Petercam | Schering-Plough Corporation | USD 352.96 | 12/30/2011 | N | | |
| Petercam | Royal Dutch / Shell Transport Non US Settlement | USD 480.71 | 3/21/2012 | N | | |
| Petercam | Royal Dutch / Shell Transport Non US Settlement | USD 306.65 | 3/21/2012 | N | | |
| Petercam | Royal Dutch / Shell Transport Non US Settlement | USD 12,283.51 | 3/26/2012 | N | | |

| Claimant | Case Name | Payment Received by Labaton Sucharow | Date Received | Docket - Y / N | Role | Counsel |
|---|---|---|---|---|---|---|
| Petercam | Royal Dutch / Shell Transport Non US Settlement (Second Distribution) | USD 51.11 | 10/12/2012 | N | | |
| Petercam | Royal Dutch / Shell Transport Non US Settlement (Second Distribution) | USD 1,181.01 | 10/15/2012 | N | | |
| Petercam | Royal Dutch / Shell Transport Non US Settlement (Second Distribution) | USD 46.29 | 10/15/2012 | N | | |
| Petercam | In re SADIA SA Securities Litigation | USD 81,435.97 | 4/18/2013 | N | | |
| Petercam | Tyco SEC Fair Fund | USD 21.44 | 7/15/2013 | N | | |
| Petercam | Tyco SEC Fair Fund | USD 62.94 | 7/15/2013 | N | | |
| Petercam | Royal Dutch / Shell Transport Non US Settlement (Third Distribution) | USD 62.35 | 9/4/2013 | N | | |
| Petercam | Sunpower Securities Litigation | USD 1,095.39 | 12/1/2014 | N | | |
| Petercam | In re Bank of America Corp. Securities Litigation | USD 186.63 | 9/23/2015 | | | |
| Petercam | Pfizer, Inc. Securities Litigation | USD 226.22 | 8/2/2016 | | | |
| Petercam | Pfizer, Inc. Securities Litigation (Supplemental Distribution) | USD 53.44 | pending - sent invoice on 1/9/17 | | | |
| Petercam | JPMorgan Chase & Co. (SEC Fair Fund) | USD 1,652.16 | 10/11/2017 | | | |
| Petercam | Hewlett-Packward Co. (2012 - Autonomy) | USD 383.30 | 11/8/2017 | | | |
| Petercam | JP Morgan Chase & Co. (2012) Securities Litigation | USD 359.90 | 5/8/2018 | | | |
| Petercam | JP Morgan Chase & Co. (2012) Securities Litigation (Second Distribution) | USD 44.04 | 1/22/2019 | | | |



7