UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

| | | |
|---|---|---|
| GÉRARD SILLAM and ALDRIC SAULNIER, | : | No. 21 CV 6675 (CM) |
| Plaintiffs, | : | **NOTICE OF MOTION** |
| | | **FOR RECONSIDERATION** |
| -against- | : | **OR REARGUMENT** |
| LABATON SUCHAROW LLP, | : | |
| CHRISTOPHER J. KELLER, and | | |
| LAWRENCE A. SUCHAROW, | : | |
| Defendants. | : | |

-------------------------------------------------------------------

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and all the prior proceedings herein, Defendants will move this Court before the Honorable Colleen McMahon, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, New York 10007, on a date and time to be designated by the Court, for an Order granting reconsideration or reargument of the Court's Decision and Order dated and filed on April 5, 2022 (ECF Doc. No. 28) insofar as it denied Defendants' motion to dismiss Count I of the Complaint.

Pursuant to Judge McMahon's Individual Practices and Procedures, Plaintiffs need not serve responsive papers unless directed to do so by the Court.

Dated: New York, New York
      April 13, 2022

                                       GANFER SHORE LEEDS & ZAUDERER, LLP

                                       By: _____
                                            Mark C. Zauderer
                                            Ira Brad Matetsky
                                            Yoram Miller
                                       360 Lexington Avenue
                                       New York, New York 10017
                                       (212) 922-9250
                                       (212) 922-9335 (facsimile)
                                       mzauderer@ganfershore.com
                                       *Attorneys for Defendants*

TO:    Douglas M. Reda, Esq.
          RAISER & KENNIFF, P.C.
          300 Old Country Road, Suite 351
          Mineola, New York  11501
          *Attorney for Plaintiffs*