

360 Lexington Avenue
New York, New York 10017
Mark C. Zauderer, Esq.
Direct: 212.412.9562
Main: 212.922.9250, Ext. 232
Fax: 212.922.0645
Email: mzauderer@ganfershore.com

September 9, 2022

**BY ECF**

Honorable Colleen McMahon, U.S.D.J.
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *Sillam v. Labaton Sucharow LLP et al.,* No. 21 Civ. 6675 (CM) –
              <u>Request for referral to Magistrate Judge regarding discovery disputes</u>

Dear Judge McMahon:

    We represent Defendants in this action. Pursuant to Paragraph V.B of Your Honor's Individual Practices and Procedures, we are writing to advise the Court that discovery disputes have arisen in this case. The parties accordingly request an order of reference to the assigned United States Magistrate Judge with respect to discovery matters. The ECF docket reflects that Honorable Ona T. Wang is the assigned Magistrate Judge.

                                     Respectfully,

                                     Mark C. Zauderer

cc:    Honorable Ona T. Wang, U.S.M.J. (by ECF)
        All counsel of record (by ECF)