**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GERARD SILLAM, et. al.,                              :
                                                     :
         Plaintiffs,                               :      No. 21-CV-6675 (CM) (OTW)
                                                     :
         -against-                                 :      **ORDER**
                                                     :
LABATON SUCHAROW LLP, *et al.*,                      :
                                                     :
         Defendants.                               :
                                                     :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 45. The Court will hold an in-person status conference in this matter on **Thursday, October 20, 2022, at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall file a joint conference agenda by **October 17, 2022**.

The Clerk of Court is respectfully directed to close ECF 45.

**SO ORDERED.**

                                                                 *s/ Ona T. Wang*
Dated: October 4, 2022                                    **Ona T. Wang**
      New York, New York                   United States Magistrate Judge