# raiser&kenniff
## ATTORNEYS AT LAW

| Steven M. Raiser<br>Thomas A. Kenniff | 300 Old Country Rd, Suite 351<br>Mineola, NY 11501<br>Tel. 516-742-7600 • Fax 516-742-7618 | **Of Counsel**<br>Anthony J. Colleluori<br>Marc S. Albert<br>Douglas M. Reda |
|---|---|---|

October 6, 2022

VIA ECF
Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re: Gerard Sillam and Aldric Saulnier v. Labaton Sucharow, LLP, et al.
Index No. 21 CV 6675 (CM) (OTW)

Dear Magistrate Judge Wang,

This office represents the Plaintiffs in the above referenced matter, we write the Court in reference to the Status Conference scheduled for Thursday, October 20, 2022, at 11:30am, with respect to the discovery disputes outlined in the parties' joint letter dated September 30, 2022.

With Defendants' Counsel's consent, I am respectfully requesting that this Status Conference be adjourned from 11:30am to 2:00pm or a time later that day, or anytime on October 21, 2022. On October 20, 2022, I will be engaged in a criminal matter in Hempstead District Criminal Court, with a calendar call at 9:30am. This is Plaintiffs' counsel's first request for an adjournment of the Status Conference scheduled for October 20, 2022.

We thank the Court for its time and attention to this matter.

Application **GRANTED**. The status conference scheduled for October 20, 2022 is adjourned to **Thursday, November 3, 2022, at 3:00 p.m.** The parties shall file a joint conference agenda by October 31, 2022. **SO ORDERED.**

_/s/ Ona T. Wang_   10/7/22
Ona T. Wang
U.S.M.J.

RAISER & KENNIFF, P.C.

_____/s/_____
Douglas M. Reda, Esq.
Attorney for Plaintiffs
douglas@raiserandkenniff.com

Manhattan Office
87 Walker Street
New York, NY 10013
212-274-0090

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2746