**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

GERARD SILLAM, et. al.,

                Plaintiffs,

             -against-

LABATON SUCHAROW LLP, *et al.*,

                Defendants.

------------------------------------------------------------x

No. 21-CV-6675 (CM) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on November 3, 2022.

Pursuant to rulings made on the record, the parties shall meet and confer regarding the terms of their proposed confidentiality stipulation, and file their proposed confidentiality stipulation by **November 4, 2022**.

The parties shall further meet and confer on the timing and location of Plaintiffs' depositions, which may take place either in-person in France or another mutually agreeable location, or remotely via video deposition. The parties are to file a joint status letter by **November 10, 2022**, informing the Court of when and how the depositions are to proceed.

The parties shall also file a joint status letter by **December 16, 2022**, identifying any outstanding discovery disputes, the parties' respective positions on the disputes, and the parties' attempts to resolve those disputes without Court intervention.

2

The Clerk of Court is respectfully directed to close ECF 51.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: November 3, 2022<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |

2