UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GERARD SILLAM, et. al.,                      :

                 Plaintiffs,                    :           No. 21-CV-6675 (CM) (OTW)

              -against-                   :           **ORDER**

LABATON SUCHAROW LLP, *et al.*,    :

                Defendants.               :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 58. To the extent that ECF 58 is a motion for reconsideration of the Court's oral ruling on the location of Plaintiffs' depositions (*see* ECF 53), the parties are directed to brief the issue as follows:

Defendants are specifically directed to address what new facts, information, or law they are now in receipt of that they could not have raised previously. Defendants shall also specify why remote depositions are not feasible. Defendants shall support their motion with citations to relevant statutes and case law.

Defendants' motion is due November 23, 2022. Plaintiffs' response is due November 28, 2022. Defendants' reply, if any, is due December 2, 2022. The parties' papers shall not exceed 20 pages double-spaced.

The Court will hold an in-person hearing in this matter on **Wednesday, December 14, 2022, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated: November 15, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

2