UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

| | | |
|---|---|---|
| GÉRARD SILLAM and ALDRIC SAULNIER, | : | No. 21 CV 6675 (CM)(OTW) |
| Plaintiffs, | : | **NOTICE OF MOTION** |
| -against- | : | |
| LABATON SUCHAROW LLP, CHRISTOPHER J. KELLER, and LAWRENCE A. SUCHAROW, | : : : | |
| Defendants. | : | |

----------------------------------------------------------------

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Declaration of Mark C. Zauderer, Esq., the Declaration of Andrew Tetley, the Declaration of Natasha Tardif, and all the prior proceedings herein, Defendants will move this Court before the Honorable Ona T. Wang, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 2OD, New York, New York 10007, on a date and time to be designated by the Court, for an Order directing Plaintiffs to appear for their depositions in person at defense counsel's offices in New York.

Pursuant to the Court's November 15, 2022 Order, responsive papers, if any, are due November 28, 2022.

Dated: New York, New York
      November 23, 2022

GANFER SHORE LEEDS & ZAUDERER, LLP

By:    _____
        Mark C. Zauderer
        Ira Brad Matetsky
        Yoram Miller
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
mzauderer@ganfershore.com
*Attorneys for Defendants*

TO:    Douglas M. Reda, Esq.
       RAISER & KENNIFF, P.C.
       300 Old Country Road, Suite 351
       Mineola, New York  11501
       *Attorney for Plaintiffs*