UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GERARD SILLAM and ALDRIC SAULNIER,

                Plaintiffs,                              No. 21 CV 6675 (CM)

   -against-                                       **AFFIRMATION**
                                                            IN OPPOSITION
LABATON SUCHAROW LLP,
CHRISTOPHER J. KELLER, and
LAWRENCE A. SUCHAROW,

                Defendants.
------------------------------------------------------------------X

      DOUGLAS M. REDA. ESQ, an attorney duly admitted to practice law in the Courts of the State of New York, hereby affirms the following statements under the penalty of perjury:

      1.     I am an attorney at Raiser and Kenniff, P.C., attorneys for Plaintiffs GERARD SILLAM and ALDRIC SAULNIER (hereinafter "Plaintiffs") in the above-entitled action. I submit this Affirmation in opposition to Defendants' Motion for Reconsideration or Reargument.

      2.     Attached as Exhibit A is a copy of the Joint Letter dated September 30, 2022.

      3.     Attached as Exhibit B is a copy of the Proposed Agenda dated October 31, 2022.

      4.     Attached as Exhibit C is a copy of the Transcript of the Status Conference dated November 3, 2022.

      5.     Attached as Exhibit D is a copy of the Joint Letter dated November 10, 2022.

      6.     Attached as Exhibit E is a copy of the Email to Ira Matetsky dated September 6, 2022, regarding Plaintiff Gerard Sillam's Doctor's note and Plaintiff Aldric Saulnier's age.

      7.     Attached as Exhibit F is a copy of the Email to Ira Matetsky dated September 16, 2022, regarding Plaintiff Gerard Sillam's passport and Plaintiff Aldric Saulnier's Identification Cards.

8.      Attached as Exhibit G is a copy of Plaintiffs responses to Defendants' Second Set of Document Requests.

I affirm under penalty of perjury that the foregoing is true and correct. Executed in New York, this 28th day of November 2022.

*Douglas M. Reda*
Douglas M. Reda, Esq.