# EXHIBIT E

**Subject:** Re: Sillam et al. v. Labaton Sucharow LLP et al., No. 21-cv-06675 (CM)
**Date:** Tuesday, September 6, 2022 at 5:12:14 PM Eastern Daylight Time
**From:** Lauren Staffieri
**Attachments:** Sillam Doctors Letter.pdf, image003.png, image004.png, image005.png

Good afternoon,

In light of tomorrow's telephone conference, please see attached Doctor's note from Mr. Sillam's physician (please see below for translation). Additionally, Mr. Saulnier is eighty years old, and it is difficult for him to travel at this time. I will send a copy of his license under separate cover.

Doctor Laura Neagu
Daily Reception By Appointment
General practitioner
Phone 04 92 93 11 22
54, avenue Georges Clemenceau 06220 VALLAURIS (France)

I, the undersigned Dr. Neagu Laura, certify after examination that Mr. Sillam Gerard, aged 61 years, has severe heart disease and targets organs damage that prohibits him to travel for the next 6 months. Certificate established this day, at the request of the interested party and handed in personally to serve and be worth what is right.

Dated 08.25.2022

Respectfully,

Lauren Staffieri
Raiser & Kenniff, PC
300 Old Country Road, Suite 351
Mineola, NY 11501
(516) 742-7600
Fax 516-742-7618
eFax (888) 688-1765
www.raiserandkenniff.com
87 Walker Street, 2nd Floor
New York, NY 10013

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service. The information contained in this email is not be construed as legal advice unless you have retained our firm and an attorney client relationship exists.

**From:** Ira B. Matetsky <IMatetsky@ganfershore.com>
**Date:** Thursday, September 1, 2022 at 4:46 PM
**To:** Lauren Staffieri <lauren@raiserandkenniff.com>, Douglas Reda <douglas@raiserandkenniff.com>
**Cc:** DOUGLAS REDA <dmr180@gmail.com>, Anthony Colleluori <acolleluori@raiserandkenniff.com>, Mark C. Zauderer <mzauderer@ganfershore.com>, Yoram J. Miller <ymiller@ganfershore.com>
**Subject:** RE: Sillam et al. v. Labaton Sucharow LLP et al., No. 21-cv-06675 (CM)