# EXHIBIT F

**From:** Lauren Staffieri auren@raiserandkenniff.com
**Subject:** S am, et a . v. Labaton, et a . - Passport / Ident ficat on Card / L cense
**Date:** September 16, 2022 at 2:24 PM
**To:** Ira B. Matetsky IMatetsky@ganfershore.com, Mark C. Zauderer mzauderer@ganfershore.com, Yoram J. M er ym er@ganfershore.com
**Cc:** DOUGLAS REDA dmr180@gma .com, Doug as Reda doug as@raiserandkenniff.com, Anthony Co e uor aco e uor @raiserandkenniff.com
**Bcc:** 700b050a3+matter1206287491@ma drop.c o.com

Mr. Matetsky,

Please see attached Mr. Sillam's passport documents indicating that he has not traveled for the past 6 months, this is his only passport. Additionally, please see attached Mr. Saulnier's identification cards, birth certificate indicating he is 79 years old, and signed verification re: Plaintiff's Discovery Responses. I am trying to get a clearer image of the identification cards. Please be advised, Mr. Saulnier does not have a passport.

Respectfully,

Lauren Staffieri
Raiser & Kenniff, PC
300 Old Country Road, Suite 351
Mineola, NY 11501
(516) 742-7600
Fax 516-742-7618
eFax (888) 688-1765
www.raiserandkenniff.com
87 Walker Street, 2nd Floor
New York, NY 10013

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service. The information contained in this email is not be construed as legal advice unless you have retained our firm and an attorney client relationship exists.

📄 Passport Docum...am.pdf    📄 Saulnier - Licens...cs .pdf



