December 16, 2022

<u>BY ECF</u>
Honorable Ona T. Wang, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:        Sillam v. Labaton Sucharow LLP et al.,
                    No. 21-CV-6675 (CM)(OTW)

Dear Magistrate Judge Wang:

      At the court conference on November 3, 2022, Your Honor directed the parties to submit a joint letter today updating the Court as to the status of discovery.  This letter is submitted in accordance with Your Honor's direction.

      Discovery in the action is proceeding and at this time, the parties have no discovery disputes, other than the outstanding dispute regarding the location of Plaintiffs' Depositions, of which the Court is already aware and on which the Court has directed additional briefing.

      We thank the Court for its time and attention to this matter.

                        Respectfully,


_____/S/_____                    _____/S/_____
Douglas Reda                        Mark C. Zauderer and Ira Brad Matetsky
Raiser & Kenniff, P.C.               Ganfer Shore Leeds & Zauderer LLP
Counsel for Plaintiffs              Counsel for Defendants