**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GERARD SILLAM, et. al., :
:
              Plaintiffs, :      No. 21-CV-6675 (CM) (OTW)
:
              -against- :      **ORDER**
:
LABATON SUCHAROW LLP, *et al.*, :
:
              Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 74. The Initial Case Management Conference previously scheduled for January 10, 2023, is hereby adjourned to **Wednesday, January 25, 2023 at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall submit a joint conference agenda by January 23, 2023.

The Clerk of Court is respectfully directed to close ECF 74.

**SO ORDERED.**

                                                                        *s/ Ona T. Wang*

Dated: January 4, 2023                                   **Ona T. Wang**
       New York, New York                      United States Magistrate Judge