January 23, 2023

**BY ECF**

Honorable Ona T. Wang, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    *Sillam et al. v. Labaton Sucharow LLP et al.,* No. 21 Civ. 6675 (CM)(OTW)

Dear Magistrate Judge Wang:

    Pursuant to Your Honor's Order [Doc. 76], the parties submit this joint conference agenda for the conference to be held on Wednesday, January 25, 2023, at 12:00 noon.

    The agenda for this conference consists of Defendants' motion concerning the location of Plaintiffs' depositions, as well as any related scheduling issues.  There are no other discovery disputes at this time.

    Respectfully,

| | |
|---|---|
| /S/ | /S/ |
| Douglas Reda | Mark C. Zauderer and Ira Brad Matetsky |
| Raiser & Kenniff, P.C. | Ganfer Shore Leeds & Zauderer LLP |
| Counsel for Plaintiffs | Counsel for Defendants |