**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
GERARD SILLAM and ALDRIC SAULNIER,     :
                                       :
              Plaintiffs,                  :      No. 21-CV-6675 (CM) (OTW)
                                       :
             -against-                         :      **ORDER**
                                       :
LABATON SUCHAROW LLP, *et al.*,        :
                                       :
             Defendants.                  :
                                       :
---------------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

    The Court held a status conference in this matter on January 24, 2023.

    Pursuant to rulings made on the record at the status conference, Plaintiffs' counsel is directed to provide to defense counsel, by **February 10, 2023**, documents relevant to Plaintiff Saulnier's reasons for seeking to be deposed in France. These documents are **not** to be filed on the docket and **not** to be mailed to Chambers. After receipt and review of those documents, counsel are directed to meet and confer in good faith to schedule M. Saulnier's deposition on consent.

    With respect to the issue of M. Sillam's deposition, Defendants may elect whether to conduct a deposition of M. Sillam remotely or in-person in France.[1] The parties are directed to work together in good faith to agree to the particular circumstances and logistics of the deposition, including but not limited to providing affidavits from Plaintiffs to address the concerns raised by defense counsel about frivolous proceedings brought by Plaintiffs or their French counsel in France.

---

[1] Although the Court declines to order M. Sillam to attend a deposition in New York at this time, nothing in this Order should be construed as a finding that M. Sillam's proffered reasons are sufficient to excuse his attendance in New York for future court proceedings.

The parties shall file a joint status letter by **February 17, 2023**, in which they are to propose a new discovery end date, to discuss the status and scheduling of both Plaintiffs' depositions, and to identify any other discovery issues they may have at that time.

The Clerk of Court is respectfully directed to close ECF 60.

**SO ORDERED.**

Dated: January 26, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge