UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GERARD SILLAM and ALDRIC SAULNIER,

                Plaintiffs,                              No. 21 CV 6675 (CM)

  -against-

LABATON SUCHAROW LLP,                             **AFFIRMATION OF SERVICE**
CHRISTOPHER J. KELLER, and
LAWRENCE A. SUCHAROW,

                Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK
                    ) ss.:
COUNTY OF NASSAU

        DOUGLAS M. REDA, affirms the following under penalty of perjury:

        I am not a party to the action, and I am over 18 years of age and reside in Suffolk County New York. On July 11, 2023, I mailed the Notice of Motion to Compel, Memorandum of Law in Support, Declaration of Douglas Reda, and Exhibits A-L, by Federal Express via Standard Overnight mail, addressed to each of the following persons at the last known address set forth after each name:

| Battea Class Action Services | Gilardi & Co, LLC | Rust Consulting |
|---|---|---|
| 46 Southfield Avenue | 1 McInnis Pkwy, Ste 250 | 920 2nd Ave S., Ste 400 |
| Stamford, CT 06902 | San Rafael, CA 94903 | Minneapolis, MN 55402 |
| Tracking No. 781001243420 | Tracking No. 781001303555 | Tracking No. 781001533759 |

Dated: Mineola, New York
        July 12, 2023

                                              RAISER & KENNIFF, P.C.
                                              *Attorneys for Plaintiffs*

                                              By: *Douglas M. Reda*
                                                  Douglas M. Reda
                                                  300 Old Country Rd., Suite 351
                                                  Mineola, New York 11501
                                                  (516) 742-7600