# raiser&kenniff
## ATTORNEYS AT LAW

| Steven M. Raiser | 300 Old Country Rd, Suite 351 | Of Counsel |
| Thomas A. Kenniff | Mineola, NY 11501 | Anthony J. Colleluori |
| Douglas M. Reda | Tel. 516-742-7600 • Fax 516-742-7618 | Marc S. Albert |

July 14, 2023

**VIA ECF**
Honorable Ona T. Wang, U.S.M.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Sillam, et al. v. Labaton Sucharow LLP, et al., No. 21 Civ. 6675 (CM)(OTW)

Dear Magistrate Judge Wang:

This office represents the Plaintiffs in the above referenced matter, we write the Court in reference to Plaintiffs' Motion to Compel dated July 12, 2023 [Docket No. 90].

Our office has received communication from one of the three third parties listed in Plaintiffs' Motion to Compel, Battea Class Action Services. Battea Class Action Services has satisfied the requirements listed in the referenced subpoenas. Accordingly, we respectfully request that Battea Class Action Services *only* be withdrawn from Plaintiffs' Motion to Compel dated July 12, 2023 [Docket No. 90] and the motion continue as to the other two named third parties Gilardi & Co, LLC and Rust Consulting.

We thank the Court for its time and attention to this matter.

Respectfully,

/s/
Douglas Reda
Raiser & Kenniff, P.C.
Counsel for Plaintiffs

Manhattan Office
87 Walker Street
New York, NY 10013
212-274-0090

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2746