```
            IN THE UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF NEW YORK


  GÉRARD SILLAM and              )
  ALDRIC SAULNIER                )
                                 )
        Plaintiffs,              )
                                 )
     vs                          ) Civil Action No.
                                 ) 21 CV 6675(CM)(OTW)
  LABATON SUCHAROW LLP and       )
  CHRISTOPHER J. KELLER,         )
                                 )
        Defendants.              )
                                 )
```

## ORIGINAL

**Volume I of II**

**Deposition of Gérard Sillam**

**taken on**

**Friday, May 5, 2023**

Reported by:   Shelle Higgins

              CSR NO. 10455, CLVS

```
 1     Deposition of Gérard Sillam, taken on behalf of the
 2     parties at Reed Smith LLP, 112 avenue Kléber, 75116,
 3     Paris, France, on Friday, May 5, 2023, at 3:00 p.m.,
 4     before Shelle Higgins, CSR NO. 10455, pursuant to
 5     notice.
 6
 7     APPEARANCES:
 8
           COMMISSIONER:
 9
               POLARIS LAW
10             By:  Alexander B. Blumrosen, Esq.
               4 avenue Hoche
11             75008 Paris - France
               T:  +33 1 43 18 02 60
12             a.blumrosen@polarislaw.eu
13
14     For the Plaintiffs: (appearing via video link)
15             RAISER & KENNIFF, P.C.
               By:  Douglas M. Reda, Esq.
16             300 Old Country Road, Suite 351
               Mineola, NY  11501 - USA
17             T: +1 516 742 7600
               douglas@raiserandkenniff.com
18
19     For the Defendants: (appearing via video link)
20             GANFER SHORE LEEDS & ZAUDERER LLP
               By:  Mark C. Zauderer, Esq.
21             By:  Ira Brad Matetsky, Esq.
               360 Lexington Avenue, 14th Floor
22             New York, NY  10017 - USA
               T: +1 212 922 9250
23             mzauderer@ganfershore.com
               imatetsky@ganfershore.com
24
25
```

| | | |
|---|---|---|
| 1 | anyone before today? | |
| 2 |     **A.**   Yes, to my lawyer. | |
| 3 |     **MR. MATETSKY:**  I'll note for the record it's | |
| 4 | possible I missed something, but I don't recall ever | |
| 5 | seeing it before. | 15:59 |
| 6 |     **MS. LARROQUE:**  I wish to circulate the | |
| 7 | document. | |
| 8 |     **MR. MATETSKY:**  We would appreciate that, and | |
| 9 | I'll reserve the right to come back to it at the end | |
| 10 | of the day. | 15:59 |
| 11 | **BY MR. MATETSKY:** | |
| 12 |     **Q.**   Mr. Sillam, have you ever been convicted of | |
| 13 | a crime anywhere outside of France? | |
| 14 |     **A.**   No, never. | |
| 15 |     **Q.**   Has any company that you own or are | 16:00 |
| 16 | affiliated with been convicted of a crime either | |
| 17 | inside or outside France? | |
| 18 |     **A.**   No. | |
| 19 |     **Q.**   And do you understand when I say convicted | |
| 20 | of a crime, I'm including both either pleading guilty | 16:00 |
| 21 | or being convicted after a trial? | |
| 22 |     **A.**   Yes, I understand. | |
| 23 |     **Q.**   Mr. Sillam, have you ever been the subject | |
| 24 | of a criminal investigation by the authorities in | |
| 25 | France? | 16:01 |

| | |
|---|---|
| 1 |         **MR. REDA:**  Objection.  Note my objection to |
| 2 | an improper question. |
| 3 | **BY MR. MATETSKY:** |
| 4 |       **Q.**   You can answer. |
| 5 |       **A.**   Yes. |
| 6 |       **Q.**   Approximately how many times have you been |
| 7 | the subject of a criminal investigation by the French |
| 8 | authorities? |
| 9 |       **A.**   Four.  Four or five. |
| 10 |       **Q.**   How did that come about? |
| 11 |       **A.**   I have absolutely no problem in answering |
| 12 | your questions.  Let's start with the receivership. |
| 13 | I went into receivership, as I indicated earlier, on |
| 14 | a personal basis in 1994 for my real estate business. |
| 15 | That real estate business held a lot of assets and |
| 16 | the bankruptcy trustee had a lot of questions about |
| 17 | these assets. |
| 18 |       In fact, these questions related mainly to |
| 19 | the selling price of the real estate, the buildings, |
| 20 | because between 1990 and 1997, France experienced a |
| 21 | major real estate crisis.  Real estate prices, in |
| 22 | fact, collapsed all together, and this meant we had |
| 23 | to sell at a price which was lower than the buying |
| 24 | price. |
| 25 |       The bankruptcy trustee's job is precisely to |

Timestamps: 16:01 (line 5), 16:02 (line 10), 16:03 (line 15), 16:04 (line 20), 16:04 (line 25)