# raiser&kenniff
## ATTORNEYS AT LAW

---

Steven M. Raiser
Thomas A. Kenniff
Douglas M. Reda

87 Walker Street, 2nd Floor
New York, NY 10013
Tel. 212-274-0090 • Fax 516-742-7618

Of Counsel
Anthony J. Colleluori
Marc S. Albert

September 5th, 2023

**MEMO ENDORSED.**

**VIA ECF**

Hon. Magistrate Judge Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
United States District Court for the
   Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Gerard Sillam, et al. v. Labaton Sucharow LLP et al.*
               No. 21 CV 6675 (CM)

Honorable Judge Wang:

    I hope this letter finds you well. On behalf of the Plaintiffs in the above-captioned case, we respectfully request a one-week extension for the filing of Plaintiff's Memorandum of Law regarding the issues raised by the Court at the August 15, 2023 Status Conference; the current deadline is September 8, 2023.

    At the time of the aforementioned Status Conference, I was in the midst of another civil jury trial. I was expecting the trial to conclude that week, but there were several unanticipated complications which led to its elongation until August 23, 2023. Unfortunately, I fell ill right around this time and was out of the office and relatively unproductive for almost a week and a half, finally recovering over the Labor Day weekend. Although my support staff has been working diligently the entire time in order to meet the deadline, communication with the French attorneys who are assisting us with the crux of this Memorandum has been limited due to August being a "holiday month" in France. We still have outstanding questions that must be addressed in order to present a complete and precise argument regarding relevant French statutes and case law. Given these hurdles, we believe it would be of significant interest to the Court if we are granted an additional week to draft a

Nassau Office
300 Old Country Rd, Suite 351
Mineola, NY 11501
516-742-7600

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2747

comprehensive analysis for Your Honor's review. Additionally, we respectfully proffer to this honorable Court that an extension would not be unduly burdensome to this proceeding as the Honorable Judge McMahon has issued an Order to stay any and all deadlines until Your Honor's questions are reviewed and settled. We would also, of course, not object to Defendants receiving an extension to their deadline to reply if Your Honor deems it fair and proper.

We thank you for your consideration in this matter. Should you have any comments or questions concerning these requests, please contact us at your convenience.

Plaintiffs' request for a one-week extension is **GRANTED**. The memorandum of law is due **Friday, September 15, 2023.**

**SO ORDERED.**

_____
Ona T. Wang          9/6/23
U.S.M.J.

Respectfully submitted,

*Douglas Reda*

RAISER & KENNIFF, P.C.

Attorney for Plaintiffs

By: Douglas M. Reda

Nassau Office
300 Old Country Rd, Suite 351
Mineola, NY 11501
516-742-7600

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2747