23. Even if the Court finds that Mr. Sillam did violate the declaration/affidavit, it was not done intentionally, and the dismissal of his justified complaint would be too severe a punishment for this unintentional act.

Dated: September 15, 2023
       Mineola, New York

*Douglas Reda*
Douglas M. Reda