

Anderson & Associates Law, P.C.
61 Broadway, Suite 2809
New York, NY 10006
T: (646) 452-9982
F: (646) 349-4396

Yen-Yi Anderson
Managing Principal
y.anderson@aalawpc.com

May 10, 2024

VIA ECF
Honorable Ona T. Wang, U.S.M.J.
United State District Court for the
Southern District of New York
500 Pearl Street
New York NY 10007

      **Re: Sillam et al. v. Labaton Sucharow LLP et al., No. 21 civ. 6675 (CM)(OTW)**

Dear Magistrate Judge Wang:

    I am writing on behalf of the Plaintiffs in the above-referenced matter to provide an update on the outstanding discovery of Plaintiff Saulnier, as directed by the Court's order dated April 22, 2024.

    Plaintiff Saulnier has completed all outstanding discovery requests. As a result, there are no remaining discovery obligations for Plaintiff Saulnier at this time.

    We appreciate the Court's attention to this matter. If the Court requires any further information or clarification, please do not hesitate to contact our office.

                                                            Respectfully submitted,

                                                            */s/ Yen-Yi Anderson*
                                                            Yen-Yi Anderson