# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GERARD SILLAM, ET. AL.,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

LABATON SUCHAROW LLP, et al.,

(List the full name(s) of the defendant(s)/respondent(s).)

21 CV 6675 ( CM )(OTW)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Gerard Sillam

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☐ judgment ☒ order entered on: July 24, 2024

(date that judgment or order was entered on docket)

that: granted Defendants' motion for attorneys' fees in the form of sanctions against Gerard Sillam

(If the appeal is from an order, provide a brief description above of the decision in the order.)

August 22, 2024
Dated

*Yen-Yi Anderson*
Signature*

Yen-Yi Anderson
Name (Last, First, MI)

61 Broadway, Suite 2809    New York    NY    10006
Address                    City        State  Zip Code

646-452-9982                            y.anderson@aalawpc.com
Telephone Number                        E-mail Address (if available)

August 22, 2024

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13