IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2024

| | |
|---|---|
| **GERARD SILLAM et al.,** ) | **NOTICE OF VOLUNTARY** |
| Plaintiff(s) ) | **DISMISSAL PURSUANT TO** |
| v. ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| ) | |
| ) | Case No.: 1:21-cv-06675-CM-OTW |
| **LABATON SUCHAROW LLP et al.,** ) | |
| Defendant(s) ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Gerard Sillam and his counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendants Labaton Sucharow LLP, Christopher J. Keller, and Lawrence A. Sucharow.

Date: December 11, 2024

/s/ Yen-Yi Anderson
Signature of plaintiff Gerard Sillam's counsel

61 Broadway, #2809
Address

New York, NY 10006
City, State & Zip Code

646-452-9982
Telephone Number

---

*Handwritten note by the court:*

12/12/2024

Unfortunately for Mr. Sillam, his lawyer does not seem to understand how Rule 41 works. Because the defendants have filed an answer (see Dkt #39), the plaintiff may not dismiss This action unilaterally pursuant to Rule 41(a)(1)(A)(i). So this filing is of no force and effect. If Mr. Sillam (or Mr. Saulnier) wishes to have the case dismissed, he must move for a court order pursuant to Rule 41(a)(2) — or provide the court with a stipulation not considered dismissed pursuant to Rule 41(a)(1)(A)(ii). The court will not consider dismissal without providing for payment of the outstanding sanction. CM