**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ALDRIC SAULNIER,

           Plaintiff,

           -against-

LABATON SUCHAROW LLP, *et al.*,

           Defendants.

------------------------------------------------------------x

No. 21-CV-6675 (CM) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court stayed discovery on April 22, 2024. (ECF 134). By letters dated May 10 and May 13, 2024, respectively, Plaintiff Saulnier and Defendants notified the Court that no further discovery is required in connection with Plaintiff Saulnier's case. (ECF Nos. 146, 149).

Accordingly, the remaining parties are directed to meet and confer and file a joint status letter by **Friday, January 3, 2025**, proposing next steps, and including a proposed briefing schedule for any anticipated motions for summary judgment.

      **SO ORDERED.**

Dated: December 19, 2024,
       New York, New York

                          *s/ Ona T. Wang*
                             **Ona T. Wang**
                 United States Magistrate Judge