**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
ALDRIC SAULNIER,

            Plaintiff,                              No. 21-CV-6675 (CM) (OTW)

      -against-                             **ORDER**

LABATON SUCHAROW LLP, *et al.*,

            Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 174. The following briefing schedule will apply to the parties' motions for summary judgment:

- Plaintiff Saulnier's motion for summary judgment is due **February 14, 2025**.

- Defendants' cross-motion for summary judgment and opposition to Plaintiff Saulnier's motion is due **March 14, 2025.**

- Plaintiff Saulnier's opposition to Defendants' cross-motion and reply to his own motion is due **March 28, 2025.**

- Defendants' reply to their cross-motion is due **April 11, 2025**.

**SO ORDERED.**

Dated: January 6, 2025,
       New York, New York

                                      *s/ Ona T. Wang*
                                      **Ona T. Wang**
                             United States Magistrate Judge