UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GERARD SILLAM and ALDRIC SAULNIER,

    Plaintiffs,

  -against-                                    21 Civ. 6675 (CM)(OTW)

LABATON SUCHAROW, LLP,
CHRISTOPHER J. KELLER, and
LAWRENCE A. SUCHAROW,

    Defendants.

-------------------------------------------------------------X

### DECISION AND ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND FOR RELATED RELIEF

McMahon, J.:

    In its December 9, 2024 order, this Court instructed Plaintiff Gerard Sillam that if he failed to pay Defendants' counsel the $146,280 monetary sanction imposed by order of the Court dated April 22, 2024 (Dkt. No. 134), no later than 3:00 pm on December 20, 2024, his action would be promptly dismissed with prejudice. (Dkt. No. 164.) It appears that Sillam failed to make the court-ordered payment, and Defendants have now moved for dismissal in accordance with the Court's warning. That motion is granted; this action as to Sillam is dismissed with prejudice.

Dated: January 13, 2025

                                                                 U.S.D.J.

BY ECF TO ALL COUNSEL