UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GERARD SILLAM and ALDRIC SAULNIER,

        Plaintiffs,

  -against-                                     21 Civ. 6675 (CM)(OTW)

LABATON SUCHAROW, LLP,
CHRISTOPHER J. KELLER, and
LAWRENCE A. SUCHAROW,

        Defendants.

---------------------------------------------------------------X

## NOTICE TO COUNSEL

McMahon, J.:

    This is to advise the parties that a former law clerk of mine recently left the law firm with which she had been affiliated for many years and became a partner at the Labaton Suchow firm. I employed this particular attorney over 20 years ago.

    I do not recuse myself from matters simply because a former law clerk becomes affiliated with a law firm that represents a party in suit. I see no reason to act differently just because Labaton is a party litigant, rather than counsel for a party litigant. I would of course feel differently if a former law clerk had some involvement with the matters in suit; but in this case, the events that are the subject of litigation took place a decade and more before my former clerk joined the Labaton firm, so there is not the slightest possibility that she could have any involvement in this litigation.

    However, I have notified this law clerk of the pendency of this lawsuit and told her that, in an excess of caution, we should not see one another until the lawsuit has concluded. She will remain on the "all clerks" mailing list that I use to send periodic informational emails about personal developments in the lives of our extended chambers family.

Dated: January 15, 2025

                                                            U.S.D.J.

BY ECF TO ALL COUNSEL
BY EMAIL TO LAUREN ORMSBEE, ESQ.