UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GÉRARD SILLAM and ALDRIC SAULNIER,<br><br>Plaintiffs,<br><br>-against-<br><br>LABATON SUCHAROW LLP and<br>CHRISTOPHER J. KELLER,<br><br>Defendants. | No. 21 CV 6675 (CM)(OTW)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT AGAINST PLAINTIFF GERARD SILLAM PURSUANT TO FED. R. CIV. P. 54(b) |

WHEREAS, this action was filed by Plaintiffs Gérard Sillam ("Sillam") and Aldric Saulnier ("Saulnier") on August 6, 2021 (Doc. 1); and

WHEREAS, on April 5, 2022, the Court granted Defendants' motion to dismiss the action in part to the extent that the Second and Third Claims for Relief were dismissed, thereby dismissing Defendant Lawrence Sucharow from the action (Doc. 28); and

WHEREAS, on April 22, 2024, Magistrate Judge Wang ordered that Sillam be sanctioned for misconduct in this action pursuant to Fed. R. Civ. P. 37(a)(5) and the inherent powers of the Court (Doc. 134); and

WHEREAS, on June 24, 2024, the District Judge overruled Sillam's objections to Magistrate Judge Wang's April 22, 2024 order and affirmed that order (Doc. 152); and

WHEREAS, on July 24, 2024, Magistrate Judge Wang fixed the amount of the monetary sanction payable by Sillam to Defendants at $146,280 (Doc. 153); and

WHEREAS, Sillam did not seek review of Magistrate Judge Wang's July 24, 2024 order by the District Judge; and

WHEREAS, on December 9, 2024, the Court ordered that Sillam pay the $146,820 sanction to Defendants in full by December 20, 2024 or Sillam's action would be dismissed with prejudice (Doc. 164); and

WHEREAS, on January 13, 2025, the Court found that Sillam had not paid the sanction and ordered that "this action as to Sillam is dismissed with prejudice" (Doc. 176); and

WHEREAS, the monetary sanction awarded against Sillam remains enforceable; and

WHEREAS, the Court determines that there is no just reason for delay in the entry of a final judgment against Sillam, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure;

IT IS ORDERED that the Clerk shall enter a final judgment against Sillam pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, dismissing this action as to Sillam with prejudice, and granting a monetary judgment against Sillam in favor of Defendants Labaton Sucharow LLP and Christopher Keller in the amount of $146,280, and that Defendants shall have execution therefor.

Dated: 27 Jan, 2025

_____
Honorable Colleen McMahon
United States District Judge

2