UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GERARD SILLAM and ALDRIC SAULNIER,

                        Plaintiff,

      -against-                                        21 **CIVIL** 6675 (CM) (OTW)

## **JUDGMENT**

LABATON SUCHAROW LLP and
CHRISTOPHER J. KELLER,

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2025, final judgment is hereby entered against Sillam pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, dismissing this action as to Sillam with prejudice, and granting a monetary judgment against Sillam in favor of Defendants Labaton Sucharow LLP and Christopher Keller in the amount of $146,280, and that Defendants shall have execution therefor.

**Dated:** New York, New York

       January 27, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                           **BY:**

                                                       **Deputy Clerk**