UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GÉRARD SILLAM and ALDRIC SAULNIER,

          Plaintiffs,

-against-

LABATON SUCHAROW LLP *et al.*

          Defendants.

No. 21 CV 6675 (CM)(OTW)

DATE FILED: 9/3/2025

**NOTICE OF MOTION TO SUBSTITUTE PARTY**

Courtesy Copy

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

**PLEASE TAKE NOTICE** that upon the Declaration of Mark C. Zauderer, dated August 20, 2025, with the exhibit thereto, and all the prior proceedings had herein, Defendants will move this Court before the Honorable Colleen McMahon, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, New York 10007, on a date and time to be designated by the Court, for an Order pursuant to Fed. R. Civ. P. 25(a)(1) substituting Garrett J. Bradley, as preliminary executor of the Estate of Christopher J. Keller, as a defendant in this action in place and stead of Christopher J. Keller, deceased; and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       August 20, 2025

9/3/2025 sub granted

DORF NELSON & ZAUDERER LLP

By: _____
Mark C. Zauderer
Ira Brad Matetsky
Grant A. Shehigian
475 Fifth Avenue
New York, New York 10017
(212) 485-0005
*Attorneys for Defendants*