UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ALDRIC SAULNIER,

                         Plaintiff,

     -against-                                 21 **CIVIL** 6675 (CM)(OTW)

## JUDGMENT

LABATON SUCHAROW, LLP, and
GARRETT J. BRADLEY, as Preliminary
Executor of the Estate of Christopher J. Keller,

                         Defendant.

-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 5, 2025, as I have said more than once, the allegations in the complaint are unsavory and smack of forbidden fee-shifting. As they have not been adjudicated on the merits, there can be no claim of vindication for the Labaton firm. But some of the conduct complained of took place almost two decades ago, and the attorney principally involved at the time of the 2015 Settlement that is here challenged as fraudulent is deceased. It is time for this matter to end. Defendants' cross motion for summary judgment dismissing the complaint is GRANTED and Saulnier's motion for summary judgment is DENIED. This constitutes a written opinion. Judgment is entered dismissing the complaint as against all Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       September 5, 2025

                                                            **TAMMI M. HELLWIG**

                                                            **Clerk of Court**

                                  **BY:**     *K. Mango*

                                                              **Deputy Clerk**